UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THEREASE ANITA MILES,

      Plaintiff,

v.                                    Case No. 3:25-cv-158-MMH-PDB

HON. JOHN AUGUSTINE MORAN II,
in his official capacity,

      Defendant.

# ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion to Modify Previous Temporary Restraining Order and Preliminary Injunction on Defendant, Judge James H. Daniel[1] (Doc. 32; Motion), filed on October 28, 2025. In the Motion, Plaintiff requests entry of a temporary restraining order or preliminary injunction prohibiting Defendant "from Harassing, Stalking and Breaking-In and Entering pending a hearing . . . ." See Motion at 1. This is the second motion Plaintiff has filed in this case seeking such relief. See Motion for New Temporary Restraining Order and Preliminary Injunction on Defendant, Judge John A. Moran III [sic] (Doc. 32; First Motion). The Court denied Plaintiff's

---

[1] It is unclear why Plaintiff names "Judge James H. Daniel" in the title of her Motion. Judge Daniel is not a named Defendant in this action, and she does not refer to Judge Daniel in the body of the Motion. The Court presumes the relief Plaintiff seeks pertains to Defendant, Judge Moran, but regardless, the Motion is due to be denied.

First Motion in an Order (Doc. 31) dated October 24, 2025. Upon review of the instant Motion, the Court finds that it is due to be denied for the reasons stated in the Court's October 24, 2025 Order. In that Order, the Court identified several deficiencies with Plaintiff's request for emergency injunctive relief which Plaintiff fails to correct here. And while Plaintiff now attaches evidence in support of her Motion, the evidence is wholly insufficient to demonstrate any connection between Defendant and the conduct of which Plaintiff complains. Accordingly, it is

**ORDERED:**

Plaintiff's Motion to Modify Previous Temporary Restraining Order and Preliminary Injunction on Defendant, Judge James H. Daniel [sic] (Doc. 32) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of October, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Party

- 2 -